IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

J.P.,

    Plaintiff,

v.                                Civil Action No. 4:20-cv-317-AW-MAF

UNITED STATES OF AMERICA;
OFFICER JIMMY HIGHSMITH;
WARDEN T.A. JONES;
WARDEN CRAIG COIL;
SIS OFFICER RONALD PROFFITT;
OFFICER GEOFFREY BROWN;
OFFICER MANUEL PULIDO; and
NAKAMOTO GROUP, INC.

    Defendants.
_____/

**PLAINTIFF'S NOTICE OF FILING RETURN OF SERVICE**

    Plaintiff, J.P., by and through the undersigned counsel, hereby files the Return of Service of Summons and Complaint served on the following person, date, and time:

| Name | Date Served |
|---|---|
| Nakamoto Group, Inc. | 8/10/20 |

    DATED this 19th day of August, 2020.

                                            */s/ Ryan J. Andrews*
                                            STEVEN R. ANDREWS (FBN 0263680)
                                            RYAN J. ANDREWS (FBN 104703)
                                            The Andrews Law Firm
                                            822 N Monroe St
                                            Tallahassee, FL 32303
                                            T: (850) 681-6416
                                            service@andrewslaw.com
                                            ryan@andrewslaw.com

                                            */s/Jay T. McCamic*
                                            Jay T.  McCamic, Esq. (WVSB# 2386)
                                            McCamic Law Firm, PLLC
                                            80 12th Street, Ste. 305
                                            P.O. Box 151

Wheeling, WV 26003
Telephone: 304-238-9460
Fax: 304-830-5324
jay@mccamic.com

*s/L. Dante diTrapano*
L. Danté diTrapano, Esq. (WVSB# 6778)
Calwell Luce diTrapano, PLLC
500 Randolph Street
Charleston, WV 25302
Telephone: 304-343-4323
Fax: 304-344-3684
dditrapano@cldlaw.com
Benjamin Adams, Esq. (WSB# 11454)
badams@cldlaw.com
Alex McLaughlin, Esq. (WVSB# 9696)
amclaughlin@cldlaw.com

*s/Anthony I. Werner*
Anthony I. Werner, Esq. (WVSB# 5203)
John & Werner Law Offices, PLLC
Board of Trade Building, STE 200
80 - 12th Street
Wheeling, WV 26003
Telephone: 304-233-4380
Fax: 304-233-4387
awerner@johnwernerlaw.com

*Attorneys for Plaintiff*

2

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:20-cv-00317-AW-MAF

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Nakamoto Group, Inc.
was received by me on *(date)* 6/17/2020.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☒ Other *(specify)*: A copy of the Summons and Complaint were served upon The Nakamoto Group, c/o Jennifer Nakamoto, Registered Agent, 3347 Eclipse Drive, Jefferson, MD 21755-7603, via U.S. Certified Mail, Return Receipt Requested. The Return Receipt was received by my office on August 17, 2020

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 8/18/2020

*Server's signature*

Ryan J. Andrews, Esq.
*Printed name and title*

Andrews Law Firm
822 North Monroe Street
Tallahassee, FL 32303
*Server's address*

Additional information regarding attempted service, etc:

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

The Nakamoto Group, Inc.
c/o Jennifer Nakamoto, Registered Agent
3347 Eclipse Drive
Jefferson, MD 21755-7603

9590 9402 5703 9346 8255 85

2. Article Number (Transfer from service label)
7020 0090 0000 9620 2582

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐☐ CPI     ☐ Agent
              ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:     ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ _red Mail
☐ _red Mail Restricted Delivery
   _r $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053          Domestic Return Receipt

---

USPS TRACKING #

9590 9402 5703 9346 8255 85

United States Postal Service

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

*The Law Offices of*
**STEVEN R. ANDREWS, P.A.**
*Attorneys at Law*
RECEIVED AUG 17 2020 822 North Monroe Street
Tallahassee, FL 32303
JP

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $_____
☐ Return Receipt (electronic)      $_____     Postmark
☐ Certified Mail Restricted Delivery $_____    Here
☐ Adult Signature Required         $_____
☐ Adult Signature Restricted Delivery $_____
Postage
$
                                                    10
The Nakamoto Group, Inc.
c/o Jennifer Nakamoto, Registered Agent
3347 Eclipse Drive
Jefferson, MD 21755-7603

7020 0090 0000 9620 2582

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

ALERT: DUE TO LIMITED TRANSPORTATION AVAILABILITY AS A RESULT OF NATIONWIDE CO…

## USPS Tracking®

FAQs >

**Track Another Package +**

Remove X

**Tracking Number:** 70200090000096202582

Your item was delivered to an individual at the address at 1:59 pm on August 10, 2020 in JEFFERSON, MD 21755.

## ⊘ Delivered

August 10, 2020 at 1:59 pm
Delivered, Left with Individual
JEFFERSON, MD 21755

Get Updates ∨

Feedback

---

**Text & Email Updates** ∨

---

**Tracking History** ∧

**August 10, 2020, 1:59 pm**
Delivered, Left with Individual
JEFFERSON, MD 21755
Your item was delivered to an individual at the address at 1:59 pm on August 10, 2020 in JEFFERSON, MD 21755.

---

**August 10, 2020, 9:24 am**
Out for Delivery
JEFFERSON, MD 21755

**August 10, 2020, 9:13 am**
Arrived at Unit
JEFFERSON, MD 21755

**August 9, 2020, 6:31 pm**
Arrived at USPS Regional Facility
BALTIMORE MD DISTRIBUTION CENTER

**August 9, 2020**
In Transit to Next Facility

**August 7, 2020, 5:41 am**
Arrived at USPS Regional Facility
EASTON MD DISTRIBUTION CENTER

**August 4, 2020, 11:15 pm**
Departed USPS Regional Facility
TALLAHASSEE FL DISTRIBUTION CENTER

Feedback

**August 4, 2020, 11:10 pm**
Arrived at USPS Regional Facility
TALLAHASSEE FL DISTRIBUTION CENTER

**Product Information** ⌄

See Less ⌃

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

# FAQs