IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

J.P.,

    **Plaintiff,**

vs.                                            CASE NO.: 4:20-cv-317-AW-MAF

UNITED STATES OF AMERICA;
OFFICER JIMMY HIGHSMITH;
WARDEN T.A. JONES;
WARDEN CRAIG COIL;
SIS OFFICER GEOFFREY BROWN;
OFFICER MANUEL PULIDO; AND
NAKAMOTO GROUP, INC.

    **Defendants.**

_____/

## AMENDED MEDIATION REPORT

The parties to the above cause submitted their issues to mediation on March 25, 2022. All issues have been resolved regarding the claims against the United States of America and Defendants T.A. Jones, Craig Coil, Geoffrey Brown, Manuel Pulido and Ronald Proffitt. All other claims remain pending.

                                              /s/ Charles Dodson
                                              CHARLES DODSON
                                              Florida Bar No. 228931
                                              **O'STEEN & O'STEEN, P.L.**
                                              2900 East Park Ave.
                                              Tallahassee, Florida 32301
                                              Email: chasdod@aol.com
                                              (850) 877-1028
                                              *Mediator*

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a true and correct copy of the foregoing has been served by electronic email via the CM/ECF System to all counsel of record, on this 30th day of March, 2022.

/s/ Charles Dodson
Attorney