IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**J.C.,**

    **Plaintiff,**

v.                                                Case No. 4:20-cv-283-AW-MAF

**JIMMY HIGHSMITH and
NAKAMOTO GROUP INC.,**

    **Defendants.**

_____

**J.P.,**

    **Plaintiff,**

v.                                                Case No. 4:20-cv-317-AW-MAF

**JIMMY HIGHSMITH and
NAKAMOTO GROUP INC.,**

    **Defendants.**

_____/

## ORDER OF DISMISSAL

Based on the court's earlier order (No. 4:20-cv-283 ECF No. 87; 4:20-cv-317 ECF No. 42)—to which there has been no response—the remaining claims in this case are now dismissed. The clerk will enter a judgment that says, "The claims against Defendants Jimmy Highsmith and Nakamoto Group Inc. are dismissed without prejudice for failure to prosecute." The clerk will then close the file.

The clerk will file this in both cases.

1

SO ORDERED on August 1, 2022.

                                                   s/ *Allen Winsor*
                                                   United States District Judge