## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

**J. C.,**
    **Plaintiff,**

v.                                                Case No. 4:20-cv-283-AW-MAF

**JIMMY HIGHSMITH and**
**NAKAMOTO GROUP INC.,**
    **Defendants.**

_____

**J. P.,**
    **Plaintiff,**

v.                                                Case No. 4:20-cv-317-AW-MAF

**JIMMY HIGHSMITH and**
**NAKAMOTO GROUP INC.,**
    **Defendants.**
_____/

## **JUDGMENT**

The claims against Defendants Jimmy Highsmith and Nakamoto Group Inc. are dismissed without prejudice for failure to prosecute.

                                                       JESSICA J. LYUBLANOVITS
                                                       CLERK OF COURT

<u>August 1, 2022</u>                                   <u>s/ KELLI MALU</u>
Date                                               Deputy Clerk: Kelli Malu